**Opinion issued August 19, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-25-00056-CV**

————————————

**THE VILLAGE LEARNING CENTER, INC., Appellant**

**V.**

**ALEX LEE DENLEY, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-20993**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. They represent that they have reached an agreement to settle all claims. They request that we dismiss the appeal and "remand the case to the trial court for entry of an order of

dismissal pursuant to the parties' agreement." We construe the motion as a request to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.